16254, 16255.  HALL *v.* GEORGIA SOUTHERN & FLORIDA RAILWAY
COMPANY; and *vice versa.*

STEPHENS, J.  1. A railroad company is under no duty to maintain a
public highway, which traverses its right of way, in a condition safe
for travel at a point where the highway is not crossed by the company's
tracks or at a point not so close to such crossing as to render the repair
of the highway at this point "necessary for a traveler to get off, and
on the crossing safely and conveniently." Civil Code (1910), § 2674.

2. In a suit against a railroad company for personal injuries alleged to
have been sustained by the plaintiff as a result of a collision between
an automobile in which the plaintiff was traveling and an obstruction
in the highway upon the company's property at or near a point where
the highway crossed the company's tracks, a nonsuit was properly
awarded, where it appeared from undisputed evidence that the obstruc-
tion causing the injury was in the highway at a point one hundred and
seventy-four feet beyond the crossing, and where it did not appear that
the obstruction was placed there by the defendant.  This is true
although the highway at this point was upon land belonging to the
defendant company and, by reason of the highway running in a generally
parallel direction with the railroad-tracks, the obstruction was at a
point within fifty feet of the defendant's railroad-tracks.

*Judgment affirmed on the main bill of exceptions; cross-bill dismissed.
Jenkins, P. J., and Bell, J., concur.*

DECIDED JANUARY 14, 1926.

Action for damages; from city court of Valdosta—Judge Little.
October 21, 1924.

*Whitaker & Dukes, P. T. Knight, Jeff S. Story,* for plaintiff.
*J. E. Hall, C. J. Bloch, Patterson & Copeland,* for defendant.